UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                06 Cr. 0538 (PKC)

   -against-
                                                 ORDER

DAMON ELWOOD,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Neither the government nor the Office of Probation opposes the motion of defendant Damon Elwood to terminate his term of supervised release. Having considered the section 3553(a) factors, the Court concludes that a termination of Elwood's term of supervised release is warranted and in the interests of justice. 18 U.S.C. § 3564(c). Letter motion (Doc 238) is GRANTED.

       SO ORDERED.

                                              P. Kevin Castel
                                             United States District Judge

Dated: October 7, 2021
        New York, New York